# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brian Lee Mclaughlin,

    **Debtor 1**

Chapter       13

Case No.     1:21−bk−02115−HWV

### <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  January 25, 2023

ordsmiss (05/18)